UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-23933-UU

JONES REAL ESTATE, INC.,

    Plaintiff,

v.

AMERICAN BANKERS INS. CO. OF FLA.,
*et al.*,

    Defendants.
_____/

**ORDER ON CLERK'S ENTRY OF DEFAULT
AND MOTION FOR FINAL DEFUALT JUDGMENT**

THIS CAUSE is before the Court *sua sponte*.

THE COURT has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On November 17, 2017, Plaintiff filed verified returns of service, indicating that Defendants American Bankers Insurance Co. of Florida ("American Bankers"), Avatel Technologies, Inc. ("Avatel") and Assurant, Inc. ("Assurant") were each served on October 27, 2017, such that their response to Plaintiff's Complaint were due on November 17, 2017. D.E. 11, 14, 15. However, as of November 27, 2017, Defendants American Bankers, Avatel and Assurant have failed to respond to Plaintiff's Complaint. Accordingly, it is

ORDERED AND ADJUDGED that the Clerk of Court SHALL enter Clerk's Entry of Default against Defendants American Bankers Insurance Co. of Florida, Avatel Technologies, Inc. and Assurant, Inc. It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment with respect to Defendants American Bankers Insurance Co. of Florida, Avatel Technologies, Inc. and Assurant, Inc., in writing, duly supported by affidavits and other

documentation and a proposed final order, by **Monday, <u>December 4, 2017.</u>** Plaintiff SHALL serve the Motion on Defendants to the extent required by Rule 55. **Failure to file a Motion for Final Default Judgment, which complies with the requirements of this Order, by December 4, 2017, may result in dismissal of Plaintiff's claims against Defendants American Bankers Insurance Co. of Florida, Avatel Technologies, Inc. and Assurant, Inc. without further notice.**

     DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of November, 2017.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record